610

417 A.2d 756

Commonwealth v. Burgess, Appellant.

Argued March 20, 1979. John Donohue, Assistant Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.

417 A.2d 756

Commonwealth v. Clark, Appellant.

Submitted March 12, 1979. Bruce D. Foreman, for appellant; Marion E. MacIntyre, 2nd Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and MONTGOMERY, JJ.

Judgment of sentence affirmed.